EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda a la Regla 24 de las Reglas de Administración del Tribunal de Primera Instancia de Puerto Rico de 30 de junio de 1999 | 2000 TSPR 185 |

Número del Caso: ER-2000-08

Fecha: 14/diciembre/2000

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda a la Regla 24 de las
Reglas de Administración del
Tribunal de Primera Instancia
de Puerto Rico de 30 de junio
de 1999

ER-2000-08

RESOLUCION

San Juan, Puerto Rico, a 14 de diciembre de 2000

Previa recomendación de la Directora Administrativa de los Tribunales, se enmienda la Regla 24 de las Reglas para la Administración del Tribunal de Primera Instancia de 30 de junio de 1999, para añadir un nuevo inciso (F) y reenumerar el anterior inciso (F) de dicha regla como inciso (G).

**"Regla 24. Resoluciones y Sentencias en Casos Civiles, Criminales y de Relaciones de Familia; Escritos al Expediente del Tribunal y Archivo en Autos de Copia de Notificaciones**

A.    ....
B.    ....
C.    ....
D.    ....
E.    ....
F.    El Secretario o Secretaria exigirá a la presentación de los escritos de promoción de expedientes de jurisdicción voluntaria (ex parte) los correspondientes derechos arancelarios por concepto de presentación y los derechos que cancelarán en su momento

la resolución o sentencia que se emita en estos casos.

En toda resolución que ponga fin a un caso de jurisdicción voluntaria, independientemente si la resolución es para declarar con lugar o no ha lugar la petición, para archivar o desestimar, deberá cancelarse los derechos que dispone la Ley de Aranceles vigente.

G.    ..."

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo